PROB 12C
(6/16)

Report Date: November 23, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 24, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Peter Xayasounthone          Case Number: 0980 4:16CR06014-SMJ-1

Address of Offender:                     Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: November 10, 2016

Original Offense:    Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 36 months;          Type of Supervision: Supervised Release
                      TSR - 36 months

Revocation Sentence:  Prison- 14 months;
(06/04/2019)          TSR- 22 months

Asst. U.S. Attorney:  Troy Clements            Date Supervision Commenced: May 13, 2020

Defense Attorney:     Jennifer Barnes          Date Supervision Expires: March 12, 2022

---

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions) of supervision:

Violation Number        Nature of Noncompliance

   1          **Special Condition # 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

              **Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by being removed from outpatient chemical dependancy treatment with Merit Resource Services on October 29, 2020.

              On May 13, 2020, the offender signed his conditions of supervised release indicating he understood he was to successfully complete any assessed chemical dependancy treatment.

Prob12C
Re: Xayasounthone, Peter
November 23, 2020
Page 2

Between May 31, and August 21, 2020, multiple attempts were made to complete the required chemical dependancy assessment with Merit. Due to the COVID-19 related restrictions, missed assessment appointments by the offender, and scheduling issues, the assessment was not completed until August 21, 2020.

The offender was assessed as needing intensive outpatient treatment which would require him to attend group meetings three times per week for 3 hours each session. He would also be required to complete one meeting each month, individually with his treatment counselor.

The offender missed his initial treatment session on September 9, 2020, and was scheduled to have a case staffing with his treatment counselor about the missed session.

During the month of October 2020, the offender missed scheduled sessions on October 6, 8, 13, 14, 15, 20, 21, 22, and 27. The offender was sent non-compliance letters during this same time period directing him to contact Merit to schedule a staffing regarding his status. After no reply was received from the offender, he was terminated from treatment on October 29, 2020. The offender is currently not participating in treatment services.

2   **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by failing to report for random urinalysis testing on September 25, October 20, and November 19, 2020.

On May 13, 2020, the offender signed his conditions of supervised release indicating he understood he was to report for random urinalysis testing as instructed.

Due to COVID-19 restrictions, random urinalysis testing was limited due to office closures and vendor restrictions at their facilities. On September 3, 2020, the offender was directed to begin calling the color line at Merit for random drug testing. He was directed to call Monday through Friday and to report to Merit when the color Gold was indicated. The offender acknowledged he understood the instructions and he was provided with a copy. The offender would be tested at a rate of two times per month.

The offender failed to report for random drug testing on September 25, October 20, and November 19, 2020. When the offender was contacted about missing the required tests, he noted he forgot to call.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Xayasounthone, Peter**
**November 23, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/23/2020

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

11/24/2020
Date